1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  AARON D. WEGNER (CABN 243809)
   Assistant United States Attorney
5
       1301 Clay St., 3rd Floor
6      Oakland, California 94612
       Telephone: (510) 637-3740
7      Fax: (510) 637-3724
       E-Mail: aaron.wegner@usdoj.gov
8
   Attorneys for the United States
9

10                          UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12                                  OAKLAND DIVISION

13 | UNITED STATES OF AMERICA,        )  CASE NO. CR-14-00042 JST
                                      )
14 |     Plaintiff,                   )  STIPULATION AND [PROPOSED] ORDER
                                      )  VACATING MOTION HEARING, CONTINUING
15 |     v.                           )  STATUS CONFERENCE, AND EXCLUDING
                                      )  TIME FROM THE SPEEDY TRIAL ACT
16 | EMMANUEL SUA,                    )  CALCULATION (18 U.S.C. § 3161(h)(7)(A))
                                      )
17 |     Defendant.                   )
                                      )
18 |_____ )

19

20      The parties are scheduled to appear before the Court for a status conference and motion hearing

21 on October 3, 2014. The defendant now informs the Court that he will not be filing a motion for a bill of

22 particulars and therefore a hearing on that motion is not necessary. In addition, the government recently

23 produced additional discovery in the case and defense counsel needs further time to review that

24 discovery with the defendant. Therefore, the parties jointly request that the Court vacate the motion

25 hearing date and continue the status conference to November 14, 2014, at 9:30 a.m. Furthermore, the

26 parties agree that excluding time until November 14, 2014, would be appropriate to allow defense

27 counsel time to review the new discovery with the defendant.

28

STIPULATION AND [PROPOSED] ORDER VACATING MOTION HEARING, CONTINUING STATUS
CONFERENCE, AND EXCLUDING TIME
CR-14-00042 JST

Therefore, the parties agree, and the Court finds and holds, as follows:

1. The defendant is currently in custody.

2. Given the need for additional time for the defendant to review discovery, an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv), is appropriate to allow for effective preparation of counsel, taking into account the exercise of due diligence.  The defendant agrees to this exclusion on the condition that his right to bring motions claiming Speedy Trial Act violations prior to October 3, 2014, shall remain preserved.

3. Counsel for the defendant believes that the exclusion of time is in his client's best interest.

4. Given these circumstances, the Court finds that the ends of justice served by excluding the period from October 3, 2014, through November 14, 2014, outweigh the best interest of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

5. Accordingly, the Court orders that the period from October 3, 2014, through November 14, 2014, shall be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv

6. The motion hearing scheduled for October 3, 2014, is hereby vacated.

7. The status conference is continued to November 14, 2014, at 9:30 a.m.

IT IS SO STIPULATED:

DATED: September 29, 2014            _____/s_____
                                     AARON D. WEGNER
                                     Assistant United States Attorney

DATED: September 29, 2014            _____/s_____
                                     ROBERT LYONS
                                     Attorney for Emmanuel Sua

IT IS SO ORDERED.

DATED:  September 29, 2014

_____
HON. JON S. TIGAR
United States District Judge

STIPULATION AND [~~PROPOSED~~] ORDER VACATING MOTION HEARING, CONTINUING STATUS CONFERENCE, AND EXCLUDING TIME
CR-14-00042 JST