STUART HANLON, SBN: 66104
SARA RIEF, SBN: 227279
LAW OFFICES OF HANLON & RIEF
179 11TH Street, 2nd Floor
San Francisco, California 94103
(415) 864-5600

Attorneys for Defendant
EMMANUEL SUA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR14-00042 JST |
| Plaintiff, | ) |
| v. | ) **STIPULATION AND [PROPOSED]** |
| | ) **ORDER TO CONTINUE STATUS** |
| | ) **CONFERENCE** |
| EMMANUEL SUA, | ) |
| Defendant. | ) |

**IT IS HEREBY STIPULATED** by the parties that the presently scheduled Status Conference Hearing set for January 30, 2015 at 9:30 a.m. be continued to February 20, 2015 at 9:30 a.m.

Counsel for Mr. Sua has been diligently reviewing the records which are voluminous in this case and meeting with his client to review those records. Counsel needs additional time to continue his review of the evidence with his client so that the parties can attempt to reach a resolution of this case. Defense counsel believes that based on discussions with Mr. Sua that with the additional time a resolution can in fact be reached.

Time shall be excluded under the Speedy Trial Act pursuant to 18 U.S.C. Section

*Sua: Stipulation & ~~Proposed~~ Order to Continue Status Conference*                                      1

1  3161(h)(7)(B)(IV) for the effective preparation of counsel as well as continuity of counsel.

3  Dated: January 22, 2015                    Respectfully submitted,

                                              s/Stuart Hanlon, CSBN: 66104
                                              Attorney for Defendant
                                              EMMANUEL SUA
                                              179 11th Street, 2nd Floor
                                              San Francisco, CA 94103
                                              415/864-5600
                                              stuart@stuarthanlonlaw.com

9  Dated: January 22, 2015                    s/Aaron D. Wegner
                                              Assistant U.S. Attorney
                                              Office of The U.S Attorney
                                              Northern District of California

### ORDER

GOOD CAUSE HAVING BEEN SHOWN by stipulation of the parties herein,

IT IS HEREBY ORDERED that the Status Conference scheduled for January 30, 2015 at 9:30 a.m., be rescheduled to February 20, 2015 at 9:30 a.m.

IT IS FURTHER ORDERED that time shall be excluded under the Speedy Trial Act pursuant to 18 U.S.C. Section 3161(h)(7)(B)(IV) for the effective preparation of counsel as well as continuity of counsel.

**IT IS SO ORDERED.**

Dated:   January 23, 2015

                                              THE HO
                                              UNITED

*IT IS SO ORDERED*
*Judge Jon S. Tigar*

*Sua: Stipulation & ~~Proposed~~ Order to Continue Status Conference*                    2