STUART HANLON, SBN: 66104
SARA RIEF, SBN: 227279
LAW OFFICES OF HANLON & RIEF
179 11TH Street, 2nd Floor
San Francisco, California 94103
(415) 864-5600

Attorneys for Defendant
EMMANUEL SUA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR14-00042 JST |
| Plaintiff, | ) |
| v. | ) **STIPULATION AND [PROPOSED]** |
| | ) **ORDER TO CONTINUE STATUS** |
| | ) **CONFERENCE** |
| EMMANUEL SUA, | ) |
| Defendant. | ) |

**IT IS HEREBY STIPULATED** by the parties that the presently scheduled Status Conference Hearing set for February 20, 2015 at 9:30 a.m. be continued to March 13, 2015 at 9:30 a.m.

Counsel for Mr. Sua is currently in trial in *People v. Wallace Loggins*, San Francisco Superior Court, and unavailable.

Time shall be excluded under the Speedy Trial Act pursuant to 18 U.S.C. Section 3161(h)(7)(B)(IV) for the effective preparation of counsel as well as continuity of counsel.

Dated: February 18, 2015                Respectfully submitted,

s/Stuart Hanlon, CSBN: 66104
Attorney for Defendant
EMMANUEL SUA
179 11th Street, 2nd Floor
San Francisco, CA 94103
415/864-5600
stuart@stuarthanlonlaw.com

*Sua: Stipulation & Proposed Order to Continue Status Conference*                                1

Dated: February 18, 2015                    s/Aaron D. Wegner
                                            Assistant U.S. Attorney
                                            Office of The U.S Attorney
                                            Northern District of California

### ORDER

GOOD CAUSE HAVING BEEN SHOWN by stipulation of the parties herein,

IT IS HEREBY ORDERED that the Status Conference scheduled for February 20, 2015 at 9:30 a.m., be rescheduled to March 13 , 2015 at 9:30 a.m.

IT IS FURTHER ORDERED that time shall be excluded under the Speedy Trial Act pursuant to 18 U.S.C. Section 3161(h)(7)(B)(IV) for the effective preparation of counsel as well as continuity of counsel.

**IT IS SO ORDERED.**

Dated:   February 19, 2015
_____



*Sua: Stipulation & Proposed Order to Continue Status Conference*                              2